IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES RAY CREED                                                                                    PETITIONER
ADC #137886

V.                            Case No.5:11CV00265 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

Petitioner has filed a petition for a writ of habeas corpus and paid the filing fee.

The Clerk will serve a copy of the Petition (DE #2) and this Order on the Respondent and Attorney General by regular mail.

The Respondent will file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 2nd day of April 2012.

_____
UNITED STATES MAGISTRATE JUDGE