**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JAMES RAY CREED, | * | |
| ADC # 137666 | * | |
| | * | |
| Petitioner | * | |
| | * | |
| V. | * | NO: 5:11CV00265 SWW |
| | * | |
| RAY HOBBS, Director, Arkansas | * | |
| Department of Correction | * | |
| | | |
| Respondent | | |

## ORDER

On May 31, 2012, United States Magistrate Judge Jerome T. Kearney issued proposed findings and a recommended disposition, recommending dismissal on grounds that Petitioner's claims are time-barred and procedurally-barred. Now before the Court is Petitioner's motion requesting a sixty-day extension of time in which to file objections. Petitioner states that he requires an extension in order to conduct thorough research and prepare a reply. The Court finds that Petitioner fails to show cause for a sixty-day extension.

IT IS THEREFORE ORDERED that Petitioner's motion (docket entry #13) is GRANTED IN PART AND DENIED IN PART. Petitioner has twenty (20) days from the entry date of this order in which to file objections to the findings and recommended disposition entered on May 31, 2012.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE