**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| JAMES RAY CREED, )<br>ADC # 137886 )<br>   Petitioner, )<br>)<br>)<br>v. )<br>)<br>)<br>RAY HOBBS, Director, )<br>Arkansas Department of Correction )<br>   Respondent. ) | **Case No. 5:11-CV-00265 SWW-JTK** |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 23rd day of July, 2012.

                                                /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE