IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JAMES RAY CREED, <br> ADC # 137886 <br>    Petitioner, <br><br> v. <br><br> RAY HOBBS, Director, <br> Arkansas Department of Correction <br>    Respondent. | **Case No. 5:11-CV-00265 SWW-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this   23rd   day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE