**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| JAMES RAY CREED, | ) | |
| ADC # 137886 | ) | |
| Petitioner, | ) | **Case No. 5:11-CV-00265 SWW-JTK** |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| RAY HOBBS, Director, | ) | |
| Arkansas Department of Correction | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED,

ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this   23rd  day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE